

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

November 22, 1961

Honorable W. G. Walley, Jr.
Acting Criminal District Attorney
Jefferson County
Beaumont, Texas

Opinion No. WW-1199

Re: Whether the person discharging the
duties of the Criminal District
Attorney's office, during the time
that the elected Criminal District
Attorney is suspended is entitled
to receive the same compensation
as the elected Criminal District
Attorney during the period of time
that such Acting Criminal District
Attorney discharges the duties of
the office of Criminal District
Attorney, irrespective of the fact
that said Acting Criminal District
Attorney is receiving compensation
from the County for performing legal
services for the County under written
contract with the Commissioners'
Court.

Dear Mr. Walley:

You have requested an opinion from this office on the
following matter:

Is a person discharging the duties of the
Criminal District Attorney's Office, during
the time that the elected Criminal District
Attorney is suspended entitled to receive
the same compensation as the elected Criminal
District Attorney during the period of time
that such Acting Criminal District Attorney
discharges the duties of the office of
Criminal District Attorney, irrespective of
the fact that the said Acting Criminal
District Attorney is receiving compensation
from the County for performing legal services
for the county under written contract with
the Commissioners' Court?

It has been held by this office in Opinion No.WW-1064 that a person who is appointed as Acting Criminal District Attorney during the suspension of the elected Criminal District Attorney is entitled to compensation equivalent to that authorized to be paid to the Criminal District Attorney. It is the opinion of this office that the Acting Criminal District Attorney of Jefferson County is a de facto officer and is entitled to the same compensation as a dejure officer acting in the same capacity. See Attorney General's Opinion No. 0-3158.

You are hereby advised that the Commissioners' Court is authorized and required to pay the compensation to the Acting Criminal District Attorney equivalent to that authorized to be paid the elected Criminal District Attorney independent of any right to compensation arising out of any contract with the County.

## S U M M A R Y

An Acting Criminal District Attorney is entitled to the same compensation as an elected District Attorney independent of any right to compensation arising out of any contract with the County.

Very truly yours,

WILL WILSON
Attorney General of Texas

By J. T. Walker
J. T. Walker
Assistant Attorney General

JTW:wb:sh

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman
Elmer McVey
John Reeves
Norman Suarez
William Allen

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee,Jr.